**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Marcellus THOMAS, Defendant— Appellant.**

No. 05–6431.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2005.

Decided: June 30, 2005.

Marcellus Thomas, Appellant pro se. Thomas Richard Ascik, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Marcellus Thomas appeals the district court's order denying his renewed motion for transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Thomas,* No. CR–00–233 (W.D.N.C. filed Mar. 3 & entered Mar. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*